UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY ALFARO,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN, FCI BEAUMONT LOW,<br><br>    Respondent. | Case No. CV 20-09554-RGK (RAO)<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order Summarily Dismissing Petition for Writ of Habeas Corpus.

DATED: October 22, 2020

               /s/ Gary Klausner
               R. GARY KLAUSNER
               UNITED STATES DISTRICT JUDGE